UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at London)

| | | |
|---|---|---|
| BRUCE CARTER, | ) | |
| Plaintiff, | ) | Civil Action No. 6: 17-335-DCR |
| V. | ) | |
| LVNV FUNDING, LLC, et al., | ) | **ORDER** |
| Defendants. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

Plaintiff Bruce Carter has submitted a notice of voluntary dismissal with prejudice regarding his claims against Defendants LVNV Funding, LLC and Resurgent Capital Services, L.P., under Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. [Record No. 9] The Court being sufficiently advised, it is hereby

**ORDERED** as follows:

1. The plaintiff's claims against Defendants LVNV Funding, LLC and Resurgent Capital Services, L.P., are **DISMISSED** with prejudice. Defendants LVNV Funding, LLC and Resurgent Capital Services, L.P., are **DISMISSED** as parties to this action.

3. The plaintiff's remaining claims against Defendant Capital Accounts, LLC, are unaffected by this Order.

This 16th day of February, 2018.

